Name: Chipsticks LLC

Address: 309 Calle De Andalucia

Redondo Beach, CA 90277

Phone: 310-924-0359

Email: scottmyers@chipsticks.llc

In Pro Per

**FILED**
CLERK, U.S. DISTRICT COURT
1/9/22
CENTRAL DISTRICT OF CALIFORNIA
BY: _____KMH_____ DEPUTY

FEE PAID:
26UJ9O17

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Chipsticks LLC; a California Limited Liability Company

309 Calle De Andalucia, Redondo Beach, CA 90277

Plaintiff

v.

Fiatte Kang

311 S Gramercy Pl Unit 401, Los Angeles, CA 90020

Defendant(s).

CASE NUMBER:

2:22-cv-00182-FLA-PLAx

To be supplied by the Clerk of
The United States District Court

COMPLAINT FOR DAMAGES PURSUANT TO

15 U.S.C. § 1051 et seq (The Lanham Act of 1946).

DEMAND FOR JURY TRIAL

Plaintiff, Chipsticks LLC, for its Complaint against Defendant Fiatte Kang, alleges as follows:

## THE PARTIES

1. Plaintiff Chipsticks LLC, a California Limited Liability Company with a principal place of business at 309 Calle De Andalucia, Redondo Beach, California 90277. The company sells a product "Chipsticks", described as an "easy to use, one-piece, chopstick-like utensil designed for eating sticky and greasy foods." The representative is the Chief Executive Officer and Sole Managing Member, Scott Edward Myers.

2. Defendant Fiatte Kang with a principal place of business at 311 S Gramercy Pl Unit 401, Los Angeles, CA 90020. The company sells a product "Chip-stick" described as "Soft touch silicone tong, perfect for chips." The representative is Fiatte Kang.

## VENUE AND JURISDICTION

3. Jurisdiction is proper in this court because this litigation arises under federal law, namely

1  17 U.S.C. § 1051 et seq. (Lanham Act). The Court has jurisdiction over this action under
2  28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1338(a) (trademarks), and 28 U.S.C. § 2201
3  (Declaratory Judgment Act).
4     4.  This Court has personal jurisdiction over Fiatte Kang because Fiatte Kang, on information and
5  belief, conducts business in the State of California and within this district, including the sale of its
6  products through the Internet to California residents.
7     5.  Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1391(c).

## FACTUAL BACKGROUND

6.  This action arises from trademark infringement pursuant to the Lanham Act. The plaintiff alleges the defendant used in commerce, the plaintiff's trademark "Chipsticks" SN #90308500 RN #6549157, on a product/service that is in direct competition and leads to a "likelihood of confusion" under 15 U.S.C. § 1051 et seq (The Lanham Act of 1946).

7.  Chipsticks LLC sells an easy to use, chopstick-like utensil designed for eating greasy and sticky foods. Chipsticks is sold in the United States on both Amazon and on Chipsticks' own website.

8.  Chipsticks LLC recently learned that Fiatte Kang has been selling a utensil designed for eating greasy and sticky foods on Amazon under the name "Chip-Stick."

9.  In addition, Fiatte Kang also uses a similar slogan "Saw NAH to messy greasy fingers" to the one pending registration under Chipsticks LLC "Say goodbye to greasy hands."

10.  Chipsticks LLC mailed Fiatte Kang a cease and desist letter via USPS certified mail on December 21st 2021, in which the defense did not respond to our demand that they cease use of the name "Chip-Stick."

## STATEMENT OF CLAIM:  TRADEMARK INFRINGEMENT

11.  Chipsticks LLC repeats and realleges all of the allegations in all of the paragraphs above as though fully set forth herein.

12.  Fiatte Kang is in direct infringement of Chipsticks LLC's trademark "Chipsticks" SN #90308500 RN #6549157, by selling not only a near identical product, but using a name that causes a likelihood of confusion to make customers believe that they are purchasing products made and sold by Chipsticks LLC when in fact, they are not.

13. Fiatte Kang utilizes the social media usernames on both Tik Tok and Instagram "chipsticksofficial," further causing confusion to customers.

14. Fiatte Kang has no registration for trademarks under the name, and first used their product in commerce on February 17th, 2021, which is just over two weeks after Chipsticks LLC used our product in commerce on February 1st, 2021.

15. In addition to first use in commerce on February 1st, 2021, Chipsticks LLC filed the trademark as intent-to-use on November 9th, 2020 under 15 U.S.C. § 1051 § 1 § b under the Trademark Law Revision Act (TLRA) of 1988, which further protects our mark.

## PRAYER FOR RELIEF

WHEREFORE, Chipsticks LLC respectfully requests that the court:

16. Enter judgment according to the declaratory relief sought;

17. Award Chipsticks LLC its costs in this action;

18. Permanent injunction against Fiatte Kang and related parties from using the name "Chip-Stick" or anything similar;

19. Enter such other relief to which Chipsticks LLC may be entitled as a matter of law or equity, or which the Court determines to be just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38 and Civil Local Rule 3-6, Chipsticks LLC hereby demands a jury trial on all issues so triable.

Dated: January 9th, 2022

Self Represented by Scott Myers

By: [signature]

SCOTT MYERS

CEO & Sole Member for Plaintiff

Chipsticks LLC