JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHIPSTICKS LLC,

                    Plaintiff,

          v.

FIATTE KANG.

                    Defendant.

Case No. 2:22-CV-00182-FLA (PLAx)

**ORDER DISMISSING ACTION WITHOUT PREJUDICE [DKT. 13]**

     On January 27, 2022, the court ordered Plaintiff Chipsticks LLC ("Plaintiff") to show cause why the action should not be dismissed for Plaintiff's failure to retain counsel ("OSC"). Dkt. 12. That same day, non-party Scott Myers filed a notice of withdrawal on behalf of Plaintiff, withdrawing the Complaint. Accordingly, the court DISMISSES this action without prejudice. The OSC is DISCHARGED.

     IT IS SO ORDERED.

Dated: January 31, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1